# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITES STATES ARMY CORPS OF ENGINEERS, <br><br> *Defendant*. | **Civil Action No. :** <br> **1:07-cv-01507-RBW** |

## MOTION FOR JENNIFER E. SIMON TO APPEAR *PRO HAC VICE*

I, Charles W. Chotvacs, counsel for Plaintiffs Turkey Creek Community Initiatives and North Gulfport Community Land Conservancy, Inc., respectfully request that the Court admit Jennifer E. Simon of the law firm of Ballard Spahr Andrews & Ingersoll, LLP for the limited purpose of appearing and participating in this case as co-counsel. Ms. Simon is a member in good standing of the Pennsylvania State Bar and of the New Jersey State Bar.

                                                  Respectfully submitted,

                                          /s/  Charles W. Chotvacs
                                         Constantinos G. Panagopoulos #430932
                                         Charles W. Chotvacs #484155
                                         Ballard Spahr Andrews & Ingersoll, LLP
                                         601 13th Street, N.W.
                                         Suite 1000 South
                                         Washington, D.C.  20005-3807
                                         Telephone: (202) 661-2200
                                         Facsimile: (202) 661-2299
                                         E-mail:  cgp@ballardspahr.com
                                                              chotvacsc@ballardspahr.com

September 12, 2007

                                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of September, 2007, a copy of the foregoing Motion for Jennifer E. Simon to Appear *Pro Hac Vice*; Declaration of Jennifer E. Simon as to *Pro Hac Vice* Admission; and Proposed Order were filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case. Additionally, copies of the foregoing were mailed, First-Class postage prepaid, to the following:

United States Army Corps of Engineers
Office of the Inspector General CEIG
7701 Telegraph Road
Alexandria, VA 22315

                                                /s/ Charles W. Chotvacs
                                                 Charles W. Chotvacs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, et al., <br><br> *Plaintiffs*, <br><br> *v*. <br><br> UNITES STATES ARMY CORPS OF ENGINEERS, <br><br> *Defendant*. | **Civil Action No. :** <br> **1:07-cv-01507-RBW** |

### DECLARATION OF JENNIFER E. SIMON AS TO *PRO HAC VICE* ADMISSION

I, Jennifer E. Simon, on oath, declare:

1. I am an attorney with Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103. My telephone number is (215) 864-8337.

2. I am a member in good standing of the Pennsylvania Bar.

3. I am a member in good standing of the New Jersey Bar.

4. I am a member in good standing of bars of which I am a member and I have not been disciplined by any bar in which I have been a member.

5. I have not been admitted, nor have I sought admission, *pro hac vice* to this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia; I am not a member of the District of Columbia Bar; and I do not have an application pending for admission.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing stated facts are true and correct.

Dated:  September 12, 2007

  /s/ Jennifer E. Simon
Jennifer E. Simon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TURKEY CREEK COMMUNITY INITIATIVES, et al.,

    *Plaintiffs*,

v.

UNITES STATES ARMY CORPS OF ENGINEERS,

    *Defendant*.

**Civil Action No. : 1:07-cv-01507-RBW**

## PROPOSED ORDER

AND NOW, based on Plaintiffs' Motion for Jennifer E. Simon to Appear *Pro Hac Vice*, and the record in this case, it is hereby ORDERED that Plaintiffs' Motion is GRANTED and Ms. Simon may appear *pro hac vice* as counsel for Plaintiffs in this case.

_____                      _____
Date                                                                        Reggie B. Walton
                                                                                   United States District Judge

<u>Copies of the foregoing shall be mailed to</u>:

Constantinos G. Panagopoulos
Charles W. Chotvacs
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807

Jennifer E. Simon
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
*Counsel for Plaintiffs*

United States Army Corps of Engineers
Office of the Inspector General CEIG
7701 Telegraph Road
Alexandria, VA  22315
*Counsel for Defendant*