# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, et al.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>UNITES STATES ARMY CORPS OF ENGINEERS,<br><br>*Defendant*. | **Civil Action No. :**<br>**1:07-cv-01507-RBW** |

## MOTION FOR ALAN K. MOTES TO APPEAR *PRO HAC VICE*

I, Charles W. Chotvacs, counsel for Plaintiffs Turkey Creek Community Initiatives and North Gulfport Community Land Conservancy, Inc., respectfully request that the Court admit Alan K. Motes of the law firm of Ballard Spahr Andrews & Ingersoll, LLP for the limited purpose of appearing and participating in this case as co-counsel. Mr. Motes is a member in good standing of the Colorado State Bar and of the Texas State Bar.

Respectfully submitted,

   /s/  Charles W. Chotvacs
Constantinos G. Panagopoulos #430932
Charles W. Chotvacs #484155
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
E-mail:  cgp@ballardspahr.com
           chotvacsc@ballardspahr.com

September 12, 2007

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 12th day of September, 2007, a copy of the foregoing Motion for Alan K. Motes to Appear *Pro Hac Vice*; Declaration of Alan K. Motes as to *Pro Hac Vice* Admission; and Proposed Order were filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case. Additionally, copies of the foregoing were mailed, First-Class postage prepaid, to the following:

    United States Army Corps of Engineers
    Office of the Inspector General CEIG
    7701 Telegraph Road
    Alexandria, VA  22315

    /s/  Charles W. Chotvacs
    Charles W. Chotvacs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITES STATES ARMY CORPS OF ENGINEERS, <br><br> *Defendant*. | **Civil Action No. :** <br> **1:07-cv-01507-RBW** |

## DECLARATION OF ALAN K. MOTES
## AS TO *PRO HAC VICE* ADMISSION

I, Alan K. Motes, on oath, declare:

1. I am an attorney with Ballard Spahr Andrews & Ingersoll, LLP, Suite 2300, 1225 17th Street, Denver, CO 80202-5596. My telephone number is (303) 299-7327.

2. I am a member in good standing of the Colorado Bar.

3. I am a member in good standing of the Texas Bar.

4. I am a member in good standing of bars of which I am a member and I have not been disciplined by any bar in which I have been a member.

5. I have not been admitted, nor have I sought admission, *pro hac vice* to this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia; I am not a member of the District of Columbia Bar; and I do not have an application pending for admission.

2

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing stated facts are true and correct.


Dated:  September 12, 2007


  /s/ Alan K. Motes
Alan K. Motes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, et al., | : <br> : <br> : |
| *Plaintiffs*, | : <br> : |
| v. | **Civil Action No. :** <br> **1:07-cv-01507-RBW** |
| UNITES STATES ARMY CORPS OF ENGINEERS, | : <br> : <br> : |
| *Defendant*. | : <br> : |

## PROPOSED ORDER

AND NOW, based on Plaintiffs' Motion for Alan K. Motes to Appear *Pro Hac Vice*, and the record in this case, it is hereby ORDERED that Plaintiffs' Motion is GRANTED and Mr. Motes may appear *pro hac vice* as counsel for Plaintiffs in this case.

_____    _____
Date                                                    Reggie B. Walton
                                                              United States District Judge

<u>Copies of the foregoing shall be mailed to</u>:

Constantinos G. Panagopoulos
Charles W. Chotvacs
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807

Alan K. Motes
Ballard Spahr Andrews & Ingersoll, LLP
Suite 2300
1225 17th Street
Denver, CO  80202-5596
*Counsel for Plaintiffs*

United States Army Corps of Engineers
Office of the Inspector General CEIG
7701 Telegraph Road
Alexandria, VA  22315
*Counsel for Defendant*