**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, et al., | : : : | |
| *Plaintiffs*, | : : : : | |
| *v*. | : : : | **Civil Action No. : 1:07-cv-01507-RBW** |
| UNITES STATES ARMY CORPS OF ENGINEERS, | : : : | |
| *Defendant*. | : : : : | |

**MOTION FOR RICHARD M. HLUCHAN TO APPEAR *PRO HAC VICE***

I, Charles W. Chotvacs, counsel for Plaintiffs Turkey Creek Community Initiatives and

North Gulfport Community Land Conservancy, Inc., respectfully request that the Court admit

Richard M. Hluchan of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, for the limited

purpose of appearing and participating in this case as co-counsel.  Mr. Hluchan is a member in

good standing of the New Jersey State Bar.

Respectfully submitted,

/s/  Charles W. Chotvacs
Constantinos G. Panagopoulos #430932
Charles W. Chotvacs #484155
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
E-mail:  cgp@ballardspahr.com
             chotvacsc@ballardspahr.com

September 12, 2007

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of September, 2007, a copy of the foregoing Motion for Richard M. Hluchan to Appear *Pro Hac Vice*; Declaration of Richard M. Hluchan as to *Pro Hac Vice* Admission; and Proposed Order were filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case. Additionally, copies of the foregoing were mailed, First-Class postage prepaid, to the following:

> United States Army Corps of Engineers
> Office of the Inspector General CEIG
> 7701 Telegraph Road
> Alexandria, VA  22315

/s/  Charles W. Chotvacs
Charles W. Chotvacs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, et al., | : <br> : <br> : |
| *Plaintiffs*, | : <br> : <br> : |
| *v*. | : <br> : **Civil Action No. :** <br> : **1:07-cv-01507-RBW** <br> : |
| UNITES STATES ARMY CORPS OF ENGINEERS, | : <br> : <br> : |
| *Defendant*. | : <br> : <br> : |

## DECLARATION OF RICHARD M. HLUCHAN
## AS TO *PRO HAC VICE* ADMISSION

I, Richard M. Hluchan, on oath, declare:

1.      I am a partner with Ballard Spahr Andrews & Ingersoll, LLP, Plaza 1000 Suite

500, Main Street, Voorhees, NJ  08043-4636.  My telephone number is (856)761-3420.

2.      I am a member in good standing of the New Jersey Bar.

3.      I am an inactive member in good standing of the California Bar.

4.      I am a member in good standing of bars of which I am a member and I have not

been disciplined by any bar in which I have been a member.

5.      I have not been admitted, nor have I sought admission, *pro hac vice* to this Court

in the last two years.

6.      I do not engage in the practice of law from an office located in the District of

Columbia; I am not a member of the District of Columbia Bar; and I do not have an application

pending for admission.

2

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing stated facts are true and correct.


Dated:  September 12, 2007


  /s/ Richard M. Hluchan
Richard M. Hluchan

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TURKEY CREEK COMMUNITY INITIATIVES,
et al.,

     *Plaintiffs*,

*v*.

UNITES STATES ARMY CORPS OF
ENGINEERS,

     *Defendant*.

**Civil Action No. :
1:07-cv-01507-RBW**

## PROPOSED ORDER

AND NOW, based on Plaintiffs' Motion for Richard M. Hluchan to Appear *Pro Hac*

*Vice*, and the record in this case, it is hereby ORDERED that Plaintiffs' Motion is GRANTED

and Mr. Hluchan may appear *pro hac vice* as counsel for Plaintiffs in this case.

_____

Date

_____

Reggie B. Walton
United States District Judge

DMEAST #9874206 v1

Copies of the foregoing shall be mailed to:

Constantinos G. Panagopoulos
Charles W. Chotvacs
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807

Richard M. Hluchan
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ  08043-4636
*Counsel for Plaintiffs*

United States Army Corps of Engineers
Office of the Inspector General CEIG
7701 Telegraph Road
Alexandria, VA  22315
*Counsel for Defendant*