UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, ) <br> AND NORTH GULFPORT COMMUNITY ) <br> LAND CONSERVANCY, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-cv-01507 <br><br> Judge Reggie B. Walton |

## NOTICE OF APPEARANCE FOR DEFENDANTS

Please enter the appearance of Samantha Klein as counsel of record for all defendants. Ms. Klein is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notices, orders or other papers may alternatively be sent to Ms. Klein at the address set forth below. The Justice Department also has a dedicated line for receipt of facsimile transmissions from the Court, (202) 353-7763.

September 18, 2007

            Respectfully submitted,

            RONALD J. TENPAS
            Acting Assistant Attorney General
            United States Department of Justice
            Environment and Natural Resources Divisions

   By:  /s/ Samantha Klein_____
       Samantha Klein
       Trial Attorney
       United States Department of Justice
       Natural Resources Section
       P.O. Box 663

Washington, D.C.  20044-0663
Tel: (202) 305-0474
Facsimile: (202) 305-0506
email: samantha.klein@usdoj.gov

Overnight delivery:
Patrick Henry Building
601 D Street, N.W.
Washington D.C., 20004