CO-386-online
10/03

# United States District Court
# For the District of Columbia

Turkey Creek Community Initiatives, and North
Gulfport Community Land Conservancy, Inc.,

                                  Plaintiff

vs

United States Army Corps of
Engineers,

                                  Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. ___1:07-CV-01507 (RBW)___

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Turkey Creek Community Initiatives  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Turkey Creek Community Initiatives  which have

any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

484155
BAR IDENTIFICATION NO.

Charles W. Chotvacs
Print Name

601 13th Street, N.W., Suite 1000 South
Address

Washington    D.C.        20005-3807
City          State        Zip Code

(202) 661-2221
Phone Number