CO-386-online
10/03

# United States District Court
# For the District of Columbia

Turkey Creek Community Initiatives; North Gulfport Community Land Conservancy, Inc.; and The Gulf Restoration Network, )
)
)
)
      vs    Plaintiff )
)
United States Army Corps of Engineers, )
)
)
         Defendant )

Civil Action No. 1:07-CV-01507 (RBW)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **The Gulf Restoration Network** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **The Gulf Restoration Network** which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

484155
BAR IDENTIFICATION NO.

Charles W. Chotvacs
Print Name

601 13th Street, N.W., Suite 1000 South
Address

Washington    D.C.    20005-3807
City          State       Zip Code

(202) 661-2221
Phone Number