# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, et al.,<br><br>    Plaintiffs,<br><br>       v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendant. | No. 07-cv-01507 |

## ENTRY OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT

The Court and counsel will please take notice that Jon M. Lipshultz, of the United States Department of Justice, hereby enters his appearance in this action as co-counsel on behalf of the Defendant United States Army Corps of Engineers. Mr. Lipshultz' contact information is set forth below.

                                                  /s/ Jon M. Lipshultz
                                                  JON M. LIPSHULTZ
                                                  Environmental Defense Section
                                                  Environment & Natural Resources Division
                                                  U.S. Department of Justice
                                                  P.O. Box 23986
                                                  Washington, D.C. 20026-3986
                                                  Tel: (202) 514-2191
                                                  Fax: (202) 353-7763
                                                  Email: **jon.lipshultz@usdoj.gov**

DATED: October 22, 2007