# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVES, et al.,   Plaintiffs,   v.   UNITED STATES ARMY CORPS OF ENGINEERS,   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 1:07-cv-01507-RBW

## ENTRY OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT

The Court and counsel will please take notice that Jon M. Lipshultz, of the United States Department of Justice, hereby enters his appearance in this action as co-counsel on behalf of the Defendant United States Army Corps of Engineers.  Mr. Lipshultz' contact information is set forth below.

/s/ Jon M. Lipshultz
JON M. LIPSHULTZ
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 23986
Washington, D.C.   20026-3986
Tel: (202) 514-2191
Fax: (202) 353-7763
Email: **jon.lipshultz@usdoj.gov**

DATED:  October 23, 2007