# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TURKEY CREEK COMMUNITY INITIATIVE, NORTH GULFPORT COMMUNITY LAND CONSERVANCY, INC., *and* THE GULFPORT RESTORATION NETWORK,  )<br>)<br>)<br>)<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>UNITED STATES ARMY CORPS OF ENGINEERS  )<br>)<br>)<br>*Defendant.*  )<br>) | Civ. No. 1:07-cv-01507<br>Judge Reggie B. Walton |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Kristofor R. Swanson as Counsel for the Defendant. Mr. Swanson is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Mr. Swanson at the address below.

Respectfully submitted this 31st day of October, 2007.

                                                  RONALD J. TENPAS
                                                  Acting Assistant Attorney General

By:    */s/ Kristofor R. Swanson*
          KRISTOFOR R. SWANSON
          (Colo. Bar No. 39378)
          U.S. Department of Justice
          Environment & Natural Resources Division
          Natural Resources Section
          P.O. Box 663
          Washington, DC 20044-0663

Tel: 202-305-0248
Fax: 202-305-0506
Email: kristofor.swanson@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004